UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RALPH BABY JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17CV2875 RLW |
| RANDALL DAVIS, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Proceed Without Payment of Neutral Fees or Costs (ECF No. 41) is **GRANTED**. Plaintiff Ralph Baby Jones shall proceed with the alternative dispute resolution process without payment of neutral fees or costs and without giving security therefor.

**IT IS FURTHER ORDERED** that the Court appoints **Peter Dunne**, Pitzer Snodgrass, P.C., 100 South Fourth Street, Suite 400, St. Louis, Missouri, 63102, (314) 335-1318, as mediator in this case. Peter Dunne shall serve pro bono with respect to Plaintiff's share of the mediator fees and costs.

**Nothing in this Order alters the Case Management Order previously entered in this case. All deadlines set forth in the Case Management Order shall remain in full force and effect and will be modified only upon a showing of exceptional circumstances.**

Dated this 20th day of August, 2019.

_Ronnie L. White_
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**