UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Ralph Jones
E.R.D.C.C.
2727 Highway K.
Bonne Terre, Mo. 63628

Judge Sarah E. Pitlyk
C/O Clerk of Court
111 South 10th. Street
St. Louis, Mo. 63102

RECEIVED
MAR 3 0 2022
BY MAIL

RE: <u>CASE NO. 4:17-CV-02875-SEP; Appeal/Appointment of Counsel for Appeal</u>

<u>Mr. Linhares,</u>

<u>This letter is a notice to the Court that I desire to appeal the above cited case.</u> I believe I have legitimate grounds to appeal that will cause the Appellate Court to reverse the jury decision.

I am serving this notice on the Court because the Attorney's the appointed to represent me at trial do not want to represent me on appeal, and are trying to force me to waive my right.

As this Court is well aware , the plaintiff can't read and write which is a fundamental reason this court appointed counsel.

Plaintiff request that this court treat this correspondence as a Motion for Appointment of attorney to represent me on appeal

Thank you for your consideration and assistance because this letter was drafted and written by another prisoner for me.

Respectfully Submitted,

*Ralph Jones*
Ralph Jones 182354 (6A-208)

HEATHER GROSS
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Francois County
My Commission Expires: January 09, 2024
Commission Number: 20659505

Ralph Jones
E.R.D.C.C.
2727 Highway K
Bonne Terre, Mo. 63628

U.S. District Court
111 South Tenth St., suite 3.300
Thomas Eagleton Building
St. Louis, Mo. 63102

March 15, 2022

RE: CIVIL ACTION No. 4:17-CV-02875-SEP/ Notice of Appeal

Clerk of The Court,

This is to officially notify you as to my intent to appeal the recent decision in the above entitled cause.

Respectfully,

*Ralph Jones*
Mr. Ralph Jones, Plaintiff

CC. My File